

# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2021

No. 04-21-00169-CV

**IN THE INTEREST OF I.I.T., J.J.T., AND R.A.T., III, CHILDREN**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00154
Honorable Susan D. Reed, Judge Presiding

# O R D E R

The Appellee, The Texas Department of Family and Protective Services' Motion for Extension of Time to file Brief is hereby GRANTED. The Appellee's Brief is due September 7, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court